**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER TO ADVANCE SECURITY IN AMERICA<br>1802 Vernon Street NW<br>PMB 2095<br>Washington, D.C. 20009,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF WAR<br>1400 Defense Pentagon<br>Washington, D.C. 200301<br><br>        Defendant. | Civil Case No. 1:26-cv-1094 |

## COMPLAINT

1. Plaintiff Center to Advance Security in America ("CASA") brings this action against the U.S. Department of WAR ("WAR") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff CASA is an unincorporated association dedicated to improving the safety and security of the American people. CASA educates and informs the American people about the

1

actions of their government and its officials that impact their safety; peace and security; democracy, civil rights, and civil liberties; and privacy.

5.      WAR is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). WAR has possession, custody, and control of records responsive to Plaintiff's FOIA request.

<u>**STATEMENT OF FACTS**</u>

6.      On November 24, 2025, CASA submitted a FOIA request to WAR's National Guard Bureau's FOIA Office seeking records from July 1, 2025, to when the search is conducted, related to:

  a. Communications to, from, or received by Jaime Areizaga-Soto containing the following phrases and/or words: "Trump", "Homan", "Noem", "immigration", "deployment", "ICE", "DHS", "migrant", "border enforcement", "resist", "protest", "leak", "reveal", "Bowser", "Pritzker", "Los Angeles", "Democrat", "Republican", "MAGA", "Miller", "Leavitt", "Chicago", "Portland", "Bondi", and "Hegseth".

  b. Records possessed or created by Jaime Areizaga-Soto including records of meeting requests, virtual meeting invitations, call logs and any chats in the relevant virtual platforms (e.g., Microsoft Teams, Zoom, Webex, etc.), containing the search terms: "Trump", "Homan", "Noem", "immigration", "deployment", "ICE", "DHS", "migrant", "border enforcement", "resist", "protest", "leak", "reveal", "Bowser", "Pritzker", "Los Angeles", "Democrat", "Republican", "MAGA", "Miller", "Leavitt", "Chicago", "Portland", "Bondi", and "Hegseth".

  c. Calendar entries from Jaime Areizaga-Soto containing the search terms: "Trump", "Homan", "Noem", "immigration", "deployment", "ICE", "DHS", "migrant",

2

"border enforcement", "resist", "protest", "leak", "reveal", "Bowser", "Pritzker", "Los Angeles", "Democrat", "Republican", "MAGA", "Miller", "Leavitt", "Chicago", "Portland", "Bondi", and "Hegseth".

d. Communications by and between Jaime Areizaga-Soto and any of the following email domains:

    i. Politico (@politico.com)

    ii. Military Times (@militarytimes)

    iii. New York Times (@nytimes.com)

    iv. Washington Post (@washingtonpost.com)

    v. NBC News (@nbcnews.com)

    vi. ABC News (@abcnews.com)

    vii. LA Times (@latimes.com)

    viii. CBS News (@cbsnews.com)

    ix. Fox News (@foxnews.com)

    x. Wall Street Journal (@wsj.com)

    xi. USA Today (@usatoday.com)

    xii. Fortune (@fortune.com)

    xiii. Forbes (@forbes.com)

    xiv. Vanity Fair (@vanityfair.com)

    xv. CNN (@cnn.com)

    xvi. Associated Press (@ap.com)

    xvii. George Washington University's Project for Media and National Security

xviii.   PBS (@pbs.org) (herein referred to as "the Request" and attached as Exhibit A)

7.      On January 7, 2026, CASA received confirmation that the Request was received by WAR's National Guard Bureau and assigned FOIA request number J-26-0056 (Exhibit B).

8.      The release of these documents is in the public interest because it will provide increased transparency, will help the public's understanding of WAR and its compliance with its own mission and responsibilities, and to understand WAR's decisions and communications regarding a high ranking NGB official and potentially leaking information on ICE enforcement activity to partisans or illegal aliens.

9.      As of the date of filing, CASA has not received any further communication regarding the records from the Request.

10.     As the record above indicates, over 118 days have elapsed since the federal government received CASA's request, yet WAR still has not made a determination with respect to it. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). WAR has not produced responsive documents to CASA, has not communicated to CASA the scope of the documents it intends to produce or withhold—along with the reasons for any such withholding—and has not informed CASA of its ability to appeal any adverse portion of its determination.

11.     Given these facts, WAR has not met its statutory obligations to provide the requested records for the request.

12.     Through WAR's failure to make a determination within the time period required by law, CASA has constructively exhausted its administrative remedies and seeks immediate judicial review.

4

## COUNT I

### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

13.     CASA repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

14.     CASA's request was a properly submitted request for records within the possession, custody, and control of WAR.

15.     WAR is an agency subject to FOIA, and therefore has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

16.     WAR is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to its request.

17.     WAR's failure to provide all non-exempt responsive records violates FOIA.

18.     Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring Defendant to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

### REQUESTED RELIEF

Center to Advance Security in America respectfully requests this Court:

(1) Assume jurisdiction in this matter and maintain jurisdiction until Defendant complies with the requirements of FOIA and any and all orders of this Court.

(2) Order Defendant to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to CASA's request and an index justifying the withholding of all or part of any responsive records withheld under claim of exemption.

(3) Award CASA the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

(4) Grant CASA other such relief as the Court deems just and proper.

Dated: March 31, 2026                    Respectfully submitted,

                                         CENTER TO ADVANCE SECURITY
                                         IN AMERICA
                                         By Counsel:

                                         /s/Karin Sweigart

                                         Karin Moore Sweigart
                                         D.D.C. Bar ID: CA00145
                                         DHILLON LAW GROUP, INC.
                                         177 Post Street, Suite 700
                                         San Francisco, CA 94108
                                         Telephone: 415-433-1700
                                         KSweigart@Dhillonlaw.com

                                         *Counsel for the Plaintiff*